| | | | |
|---|---|---|---|
| Estate of Klemm v. Platea Cemetery Assoc. .............................. | 296 WDA 2016 Affirmed | 08/31/2016 | 13875–2012 (Erie) |
| Com. v. Reed ........................ | 369 WDA 2016 Affirmed | 08/31/2016 | CP–02–CR–0010662–1984 CP–02–CR–0010663–1984 CP–02–CR–0010673–1984 CP–02–CR–0010688–1984 CP–02–CR–0010689–1984 CP–02–CR–0010690–1984 CP–02–CR–0010691–1984 (Allegheny) |
| In re B.B.; Appeal of M.W. ............. | 382 WDA 2016 Affirmed | 08/31/2016 | 19 Adopt 2014 (Fayette) |
| In re Adoption of N.W.; Appeal of M.W. | 383 WDA 2016 Affirmed | 08/31/2016 | 20 Adopt 2014 (Fayette) |
| In re Adoption of B.B.; Appeal of J.B. ... | 391 WDA 2016 Affirmed | 08/31/2016 | 19 ADOPT 2014 (Fayette) |
| Com. v. Cabrera ..................... | 504 WDA 2016 Affirmed | 08/31/2016 | CP–26–CR–0001278–2000 (Fayette) |